## STATE OF CONNECTICUT *v.* SYDNEY M. LIBBY
### (AC 14832)

Foti, Landau and Schaller, Js.

Argued March 21—officially released May 6, 1997

Per Curiam. The judgment is affirmed.

## FRANK J. DUFFY *v.* DIANNE M. LAWRENCE ET AL.
### (AC 16123)

Lavery, Spear and Hennessy, Js.

Argued March 21—officially released May 6, 1997

Per Curiam. The judgment is affirmed.

## CHARLES MADDELENA ET AL. *v.*
## MARC IANNUCCI ET AL.
### (AC 16152)

O'Connell, Foti and Schaller, Js.

Submitted on briefs March 24—officially released May 6, 1997

Per Curiam. The judgment is affirmed.